IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURA ROIES,

    Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A Professional Corporation, and DOES 1 through 20, inclusive,

    Defendants.

No. C 12-00110 WHA

**ORDER GRANTING STIPULATED REQUEST**

    The parties file a stipulated request for a stay of proceedings, pending the likely transfer of this action to MDL 2244 (Dkt. No. 15). In the interest of judicial economy, the stipulated request is **GRANTED**, subject to the following. The parties must file a status report by noon on March 2, 2012 if the action has not been transferred to the MDL.

    **IT IS SO ORDERED.**

Dated: January 23, 2012.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE